B6F (Official Form 6F) (12/07)

IN RE **Hunter, Jeff Ray** _____ Case No. **6:11-bk-19728** _____
                                    Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Account Control Technology, Inc.**<br>**Post Office Box 8012**<br>**Canoga Park, CA 91309** | | | **Student loans** | | | | **66,000.00** |
| ACCOUNT NO. **0599**<br>**Account Management Services**<br>**5300 Orange Avenue, Suite 120**<br>**Cypress, CA 90630** | | | **Open account opened 1/09** | | | | **232.00** |
| ACCOUNT NO. **1906**<br>**Chase**<br>**201 North Walnut Street / De1-1027**<br>**Wilmington, DE 19801** | | | **Revolving account opened 8/96** | | | | **379.00** |
| ACCOUNT NO. **1761**<br>**Rickenbacker Group**<br>**15005 Concord Circle**<br>**Morgan Hill, CA 95037** | | | **Open account opened 12/05** | | | | **1,562.00** |

___**1**___ continuation sheets attached

Subtotal (Total of this page) $ **68,173.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hunter, Jeff Ray** _____,    Case No. **6:11-bk-19728** _____
                                 Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Steven Villaltoro**<br>**C/O Anthony W. Silvia, Attorney At Law**<br>**2223 Avenida De La Playa, Suite 100**<br>**La Jolla, CA  92037** | | | **2010 Civil claim** | | | | **unknown** |
| ACCOUNT NO.<br>**Anthony W. Silvia, Attorney At Law**<br>**2223 Avenida De La Playa, Suite 100**<br>**La Jolla, CA  92037** | | | **Assignee or other notification for:**<br>**Steven Villaltoro** | | | | |
| ACCOUNT NO. **9209**<br>**Verizon**<br>**Post Office Box 11328**<br>**St Petersburg, FL  33733** | | | **2010 Phone service** | | | | **200.00** |
| ACCOUNT NO. **1601**<br>**Verizon**<br>**Post Office Box 11328**<br>**St Petersburg, FL  33733** | | | **2010 Internet service** | | | | **500.00** |
| ACCOUNT NO. **3716**<br>**Waste Management**<br>**1001 Fannin, Suite 4000**<br>**Houston, TX  77002** | | | **2010 Trash service** | | | | **500.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,200.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **69,373.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only