HOWARD B. GROBSTEIN
3403 10th Street, Suite 711
Riverside, CA  92501-3627
Telephone:    (951) 686-1958
Facsimile:    (818) 501-7040
hbgtrustee@crowehorwath.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In Re:<br><br>PETER JEFF-RAY HUNTER<br><br><br><br><br>Debtor(s) | Case No.: 6:11-BK-19728-WJ<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: FRANCISCO ALDANA
TO THE ABOVE NAMED DEBTOR(S):

     You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 08/10/11 at 02:30 PM at the Loring Building, located at 3685 Main Street, in ROOM 200A, at Riverside, California  92501, for the reason set forth below:

Provide proof of social security number
Provide/file Means Test
Provide information related to Accounts Receivable
Declaration re: exemption from filing tax returns


Dated:    August 3, 2011                            /s/ HOWARD B. GROBSTEIN
                                                    HOWARD B. GROBSTEIN, TRUSTEE

     I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on August 3, 2011.

                                                    /s/ Sheena Dehoyos
                                                    Sheena Dehoyos